**People of the State of Illinois, Plaintiff-Appellee,
v. Melvin Bauswell, Defendant-Appellant.**

**Gen. No. 69–127. (Abstract of Decision.)**

Second District.
February 26, 1970.

Kevin P. Connelly, Public Defender, of Wheaton, and John O. Vogel, of Glen Ellyn, for appellant; William V. Hopf, State's Attorney, of Wheaton, and Ralph J. Gust, Jr., Assistant State's Attorney, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.